SALIM AKHTAR *v.* REALTY SERVICES, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, is denied.

*Sanatkumar V. Pandit,* in support of the petition.

*Brenda M. Bergeron,* in opposition.

Decided September 20, 1988

STATE OF CONNECTICUT *v.* MICHAEL D'AMBROSIO

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 309, is granted, limited to the following issue:

''Did the Appellate Court err in upholding the trial court's denial of the defendant's request for an examination of the psychiatric records of a key state witness, on the basis that there had been no preliminary showing that denial was likely to impair his right to confrontation?''

*Susan M. Hankins,* assistant public defender, in support of the petition.

*James M. Killen,* deputy assistant state's attorney, in opposition.

Decided September 20, 1988